## POPE ag$^t$ BRADLY

William Pope plaint. ag$^t$ Richard Bradley Defend$^t$ in an action of debt of Eleuen pound ten Shillings in mony due by booke with all other due damages according to attachm$^t$ dat$^d$ January. 10th 1676.

. . . The Jury . . . found for the plaintife Eleven pounds ten Shillings mony & costs of Court allow[d] twenty .5. Shillings 10[d]

Execucion issued Feb[ry] .2[d] 1676.